Raymond Cordova III #182647
Name and Prisoner/Booking Number

Butte County Jail
Place of Confinement

7 Gillick Way
Mailing Address

Oroville, CA, 95965
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

JUL 0 7 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ KW
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond Marin Cordova III,
(Full Name of Plaintiff)
        Plaintiff,

        v.

(1) Wellpath Healthcare, Inc,
(Full Name of Defendant)

(2) J. Agurkis, Lt.

(3) L. Niles, Sgt.

(4) _____
        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:23-CV-01226-KJN
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

"Jury Trial Demanded"

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: Butte County Jail/Oroville, CA, 95965 .

**B. DEFENDANTS**

1. Name of first Defendant: Wellpath Inc. . The first Defendant is employed as:
   Healthcare provider at Butte county Jail/oroville .
   (Position and Title)                              (Institution)

2. Name of second Defendant: J. Agurkis . The second Defendant is employed as:
   Lt., Healthcare program manager at Butte County Jail /oroville .
   (Position and Title)                              (Institution)

3. Name of third Defendant: L. Niles . The third Defendant is employed as:
   Sgt. Facility Administrator at Butte County Jail /oroville .
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____ .
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _1_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Raymond Cordova, Plaintiff v. Wellpath, J. Agurkis, L. Niles
      2. Court and case number: U.S. District court, Eastern District of CA, N/A
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending, awaiting
      case number .

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____ .

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: 9th amendment
of certain rights, shall not be construed to deny or disparage.

2.  **Claim I.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Wellpath in bad faith along with the Healthcare manager and
others have conspire to deny me medical care in regards to my having
Meniere's Disease protected by ADA Guidlines. Meniere's Disease is
listed in section 2.07 of the "Blue Book" at the SSA. This is also a violation
of ADA Title II, subtitle A "Healthcare". Wellpath and Butte County
Jail healthcare administrators have been in possession of my
medical in regard to Meniere's Disease being diagnosed by Dr. Olusola
Asafa at "Ampla" a rival healthcare company (and several CDCR medical
staff since 2012.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Progression of hearing loss, and other symptoms of Meniere's
Disease

5.  **Administrative Remedies:**

   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
       institution?                                                          ☒ Yes  ☐ No

   b.  Did you submit a request for administrative relief on Claim I?         ☒ Yes  ☐ No

   c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes  ☐ No

   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 14th amendment equal protection

2. **Claim II.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
   ☐ Basic necessities    ☐ Mail    ☒ Access to the court    ☒ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Wellpath and co-defendants have failed in their mission statement regarding medical care. Defendants in collusion with each other have categorically denied me the proper care for my Meniere's Disease amounting to an adverse action in my due process rights in court as meniere's disease symptoms include hearing loss and ringing in the ears. Meniere's is so debilitating it is redeginized by SSA as a disability listed in section 2.07 of the "Blue Book". Defendants are well aware of this diagnosis as it has been confirmed by my CDCR medical file which I signed the consent form for as well as 3 or more audiologists beginning in 2012 up until 2022 Oroville Hospital also confirmed the diagnosis.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Defendants neglect have infringed on my equal protection rights resulting in adverse action in another court matter by Defendants policy of treatment according to court dates

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

### E.  REQUEST FOR RELIEF

State the relief you are seeking: _Damages_ _____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-3-23___
  DATE

___Raymond Cordova III___
  SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.