1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND MARIA CORDOVA, III,              No.  2:23-cv-1226 KJN P

12                   Plaintiff,

13          v.                                ORDER AND FINDINGS &
                                              RECOMMENDATIONS
14   WELLPATH HEALTHCARE, INC., et al.,

15                   Defendants.

16

17          Plaintiff is a Butte County Jail inmate, proceeding pro se.  By order filed February 5,

18   2024, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was

19   granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint

20   or otherwise responded to the court's order.

21          Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

22   was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

23   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

24   the party is fully effective.

25          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

26   directed to assign a district judge to this case; and

27          IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

28   110; Fed. R. Civ. P. 41(b).

                                                 1

1       These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after

3  being served with these findings and recommendations, plaintiff may file written objections with

4  the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

5  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

6  waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

7  1991).

8  Dated:  March 19, 2024

9                                                    _____
                                                     CAROLYN K. DELANEY
10                                                   UNITED STATES MAGISTRATE JUDGE

11  /cord1226.fta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2